IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO.  1:06CV259

| | | |
|---|---|---|
| ANNA LOU BARKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| ALBERTO GONZALEZ, *et al*., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Petitioner's "Habeas

Corpus Petition pursuant to the Original Habeas Corpus and Request for

Dismissal of Indictment and Conviction and Request for Declaratory

Judgment," filed August 23, 2006, and her "Motion for Release on Bond

Pending Habeas Petition," filed September 5, 2006.

The Petitioner is serving an 84 month sentence of imprisonment in

connection with her conviction for conspiracy to possess with intent to

distribute cocaine.  **Judgment of Conviction in a Criminal Case, filed**

**February 15, 2005, in Criminal Case No. 1:04cr24.**  On February 2,

2006, she filed a motion pursuant to 28 U.S.C. § 2255 to which she filed

addendums on March 27, 2006, and June 30, 2006. ***Barker v. United***

***States***, **Civil Case No. 1:06cv24.**

On August 23, 2006, the Petitioner filed this petition, claiming that

both 28 U.S.C. §§ 2241 and 2255 are unconstitutional, null and void.

Because the Petitioner has a pending motion pursuant to § 2255, the

undersigned, in accordance with the teachings of the United States Fourth

Circuit Court of Appeals, will require the Petitioner to elect which of the

pending actions she wishes to proceed. ***Walker v. Connor***, **72 F. App'x 3**

**(4ᵗʰ Cir. 2003) (citing *United States v. Emmanuel*, 288 F.3d 644 (4ᵗʰ Cir.**

**2002)).**

**IT IS, THEREFORE, ORDERED** that on or before 30 days from entry

of this Order, the Petitioner shall advise the Court in writing whether she

intends to proceed with her motion pursuant to 28 U.S.C. § 2255 or

whether she intends to proceed with her petition for a writ of habeas

corpus.

Signed: October 2, 2006

Lacy H. Thornburg
United States District Judge