IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV259

| | | |
|---|---|---|
| ANNA LOU BARKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| ALBERTO GONZALEZ, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**THIS MATTER** is before the Court on the Petitioner's "Habeas Corpus Petition pursuant to the Original Habeas Corpus and Request for Dismissal of Indictment and Conviction and Request for Declaratory Judgment," filed August 23, 2006, and her "Motion for Release on Bond Pending Habeas Petition," filed September 5, 2006.

The Petitioner is serving an 84 month sentence of imprisonment in connection with her conviction for conspiracy to possess with intent to distribute cocaine. **Judgment of Conviction in a Criminal Case, filed February 15, 2005, in Criminal Case No. 1:04cr24.** She is currently

serving her sentence at the Federal Medical Center, Carswell, located in Fort Worth, Texas.

Because the Petitioner's claims must be brought in the district of confinement, this action will be dismissed without prejudice to the Petitioner to renew her claims in the appropriate federal court where she is currently incarcerated.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: October 25, 2006

Lacy H. Thornburg
United States District Judge