# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO. 1:06CV259

| | |
|---|---|
| ANA LOU BARKER, | ) |
| Petitioner, | ) |
| Vs. | )    **O R D E R** |
| ALBERTO GONZALEZ, *et al.*, | ) |
| Respondents. | ) |

**THIS MATTER** is before the Court on the Petitioner's motion for transfer of this action to the Northern District of Texas.

The Court dismissed Petitioner's "Habeas Corpus Petition pursuant to the Original Habeas Corpus and Request for Dismissal of Indictment and Conviction and Request for Declaratory Judgment" by Order filed October 25, 2006. Because this action has been dismissed, it cannot now be transferred to another Court. In any event, as stated in the Court's Order of Dismissal, if the Petitioner wishes to pursue the claims herein, she must refile the action in the appropriate federal court in the district of her confinement.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for transfer of this action is hereby **DENIED.**

Signed: November 17, 2006

Lacy H. Thornburg
United States District Judge